

Superior Court of the District of Columbia
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
JUN 21 2022
Superior Court of the
District of Columbia

Case No. 2022 2636

# COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

**PLAINTIFF:** ISAI JARA
**Address:** 736 HARVARD ST NW
**City/State/Zip:** WASHINGTON DC 20001
**Telephone Number:** 202-821-2932
**Email Address:** sr.isaijara@gmail.com

**vs**

**DEFENDANT:** U.S. CAPITOL POLICE
**Address:** 119 "D" ST NE
**City/State/Zip:** WASHINGTON DC 20510
**Telephone Number:** (202) 224-0908
**Email Address:** AskUSCP@uscp.gov

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

I am claiming that Officer Smith abused his power and is racist to Hispanics/immigrants. On June 22, 2019 at Saturday 8:30 PM. I was working with my moped scooter to deliver food around DC. The police officer Smith from USCP, I Badge number 5986 started following me at 4th St SE and Pennsylvania SE St. At First Street and "D" St SE, he pulled me over and gave me a ticket. After givin him the proper documentation for my moped, he still requested

2. What relief are you requesting from the Court? Include any request for money damages.

For the VIN number which at the moment I was not sure where is was. About 30 minutes after he requested back-up. The other officer and I kept searching for the VIN number. I called my son and he told me where to locate it. The officer verified that the VIN number and registration matched. At the end officer Smith asked me how many tickets do I want. He ended up giving me one Ticket (1).

For all the emotional and psychological trauma, I am Requesting for one million dollars. ($ 1'000,000.00 dollars)

3. State any other information, of which the Court should be aware:

   I will need a TRANSLATOR. My main LANGUAGE is SPanish.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

*[signature]*
**SIGNATURE**

06-21-2022
**DATE**

DCDL Ex. 2022

Subscribed and sworn to before me this __21__ day of __Junior__ 22

*[signature]*
(Notary Public/Deputy Clerk)



**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

ISAI JARA
_____
Plaintiff
vs.

U.S. CAPITOL POLICE
_____
Defendant

Case Number 2022 2636

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

ISAI JARA
_____
Name of Plaintiff's Attorney

736 HARVARD ST NW
_____
Address
WASHINGTON DC
20001
_____

Telephone (202) 821-2932

By _____
Deputy Clerk

Date 6-21-2022

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
#### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

                    contra

                                                        Número de Caso: _____

_____
                                    Demandado

## CITATORIO

**Al susodicho Demandado:**

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                            *SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

                                        Por: _____
Dirección                                                    Subsecretario

                                        Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                        Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

**Isai Jara** vs **U.S. Capitol Police**

Case Number: **2022 2636**

Date: _____

☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| Telephone No.: Six digit Unified Bar No.: | ☒ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury ☒ 6 Person Jury ☐ 12 Person Jury
Demand: $_____ Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

NATURE OF SUIT: *(Check One Box Only)*

### A. CONTRACTS

COLLECTION CASES

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
   Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
   Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
   Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
   Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
   Under $25,000 Consent Denied

### B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

### C. PERSONAL TORTS

☒ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile, Not Malpractice)

☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**
- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)
- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____    _____
Attorney's Signature                                                           Date

**DISTRICT OF COLUMBIA NOTICE OF INFRACTION**

| DAY OF WEEK | DATE | MONTH | YEAR | TIME | ☐ AM |
|---|---|---|---|---|---|
| SAT | 22 | JUNE | 19 | 8:30 | ☑ PM |

ON SAT THE 22 DAY OF JUNE 19 AT 8:30 PM

VIOLATOR'S FULL NAME (LAST, FIRST, MIDDLE)
GONZALES JURA ISAI MODESTO

STREET ADDRESS
736 HAGUARA ST NW      SEX: M

CITY, STATE: WDC     ZIP: 20001     DATE OF BIRTH: 07/10/58

OPERATOR'S PERMIT NO. 333 7009     STATE: DC

VEHICLE LICENSE NO. DC01421     DC: X     TAG YEAR: 20

VEH. MAKE: YAMA     BODY: MC

LOCATION OF VIOLATION: 4th St / PENNSYLVANIA AVE, SE

**MOVING VIOLATION**    CODE

- T713 ☐ SEAT BELT REGULATION
- T113 ☐ SIGNAL PASS RED LT.
- T128 ☐ STOP SIGN, PASSING
- T112 ☐ SIGNAL DEVICE DISOBEY
- T107 ☐ NO YIELD RIGHT OF WAY
- ☐ SPEEDING ____ MPH IN ____ MPH ZONE
- T672 ☐ TAGS FAIL DISPLAY CURR.
- T183 ☐ NO LEFT TURN
- T742 ☐ FAIL TO DISPLAY CURR INSPC.

CODE: T, 5, 5, ?

OTHER: _____
☐ ACCIDENT  ☐ INJURY    ☐ CCN: _____

**PARKING VIOLATION**    ☐ TOWING REQUESTED    CODE
- 39 ☐ EXPIRED, METER
- 02 ☐ ALLEY, IN
- 07 ☐ IN BUS ZONE
- ☐ LESS ___ INTERSECTION
- 01 ☐ PARKING ABREAST
- ☐ OTHER:
- 03 ☐ RESIDENTIAL PARKING
- 20 ☐ LESS 10' FIRE HYDRANT
- 31 ☐ IN LOADING ZONE
- 159 ☐ NO STAND, RUSH HOURS, AM
- 259 ☐ NO STAND, RUSH HOURS, PM

SCHEDULED FINE OR COLLATERAL
☐ $20  ☑ $25  ☐ $30  ☐ $50  ☐ $75  ☐ $100  ☐ $____

I swear or affirm under penalty of perjury that I observed or investigated the commission of this violation and served this notice of infraction as provided for by law.

ISSUER'S SIGNATURE | DEPT: USCP | ELEMENT: 41 | BADGE NO.

MPD CAD NO. _____

I hereby acknowledge receipt of this notice of infraction. ACKNOWLEDGEMENT OF RECEIPT IS NOT AN ADMISSION OF LIABILITY.

DATE | SIGNATURE

DMV FORM 51 (Rev. Date 12/2016) (Print Date 3/15)     **COPY C**

2775117240




# Government of the District of Columbia
Department of Motor Vehicles
Adjudication Services
P.O. Box 37135
Washington, D.C. 20013

Go Green with ticket email alerts. Sign up at www.dmv.dc.gov

# HEARING RECORD

**RESPONDENT'S NAME:** ISAI MODESTO GONZALES JARA

**VEHICLE ST PLATE/PERMIT:** DCMDC0142    **ROOM:** 169
**CASE NO:** C1927600395

**DATE:** 10/03/2019    **TIME:** 10:30AM

| Citation_No | Violation_Code | Infraction | Dispo | Fine | Penalty | Amount_Due |
|---|---|---|---|---|---|---|
| 277517240 | T559 | TURN VIOL TURN SIGN | 002 | 25.00 | 25.00 | 25.00 |

**TOTAL DUE  25.00**

**STATEMENT OF FACT:** Officer Smith (Badge # 5986), USCP, is present and states that on 06/22/19, at approximately 08:30 PM, he was stopped at the intersection of 4th and Pennsylvania Avenue SE, facing westbound. Officer Smith observed Respondent traveling southbound on 4th street approaching the aforementioned intersection. Respondent was then observed not coming to a complete stop prior to entering the intersection, made a right turn in violation of a posted ¿No Turn on Red¿ sign. Respondent continued to travel westbound on Pennsylvania, making a left on 2nd street SE. Respondent was then observed traveling through the stop sign(s) at 2nd and C streets SE, and 2nd and D street SE, failing to come to a complete stop at any of the intersection. A traffic stop was initiated and Respondent was identified by DC drivers license. One NOI was issued.

Respondent denies liability for the citation and states that he make all the appropriate stops along his route. Respondent states that he takes this route often and is aware of the all the restrictions along the way. Respondent expresses concern that the traffic stop may have been motivated by other reasons (ethnicity/race).

**FINDINGS OF FACT:**
Whenever authorized signs are erected indicating that "NO RIGHT TURN", or "NO LEFT TURN", OR "NO U -TURN" is permitted, no driver shall disobey the directions of any such sign. Title 18 DCMR section 2204.6.

The government has established the infraction by clear and convincing evidence.

**CONCLUSIONS OF LAW:** Respondent is liable for the citation.

B. HORSLEY
Hearing Examiner

Payment is due within 30 calendar days of the date of this hearing record. If you request reconsideration of the hearing examiner's decision, do not make payment. If the hearing examiner denied your Motion to Vacate, you cannot ask for reconsideration, but, can appeal the decision to the Traffic Adjudication Appeals Board. All requests for reconsideration or appeals must be in writing and must be received by DC DMV within 30 calendar days of the date of this record. For detailed information on the reconsideration or appeals processes, visit dmv.dc.gov, or obtain the appropriate form from the Adjudication Services Information Desk.
400 10/18