UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISAI JARA,<br><br>    Plaintiff,<br><br>      v.<br><br>U.S. CAPITOL POLICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 22-cv-2754 (APM)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 7, Defendant's Motion to Dismiss, ECF No. 4, is granted.

This is a final, appealable order.

Dated: April 14, 2023

Amit P. Mehta
United States District Court Judge